UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LIGHT TECHNOLOGY SYSTEMS, LLC,
And WESEMAN ASSOCIATES, INC.,

Plaintiffs,

Case No: 05-CV-2413 JMR/JGG

v.

SONA INTERNATIONAL CORPORATION,
JAMES H. AMOS, JR., HEATHER ROSE,
THOMAS R. NOON, DENNIS R. JONES,
COOKIE JONES, and CAROUSEL CAPITAL, INC.,

Defendants.

---

**JOINT STIPULATION FOR DISMISSAL**

It is hereby stipulated and agreed by and between the attorneys for the parties hereto that this action is hereby dismissed without costs and without prejudice.

Dated: March 22, 2006

RONALD E. BERGLUND, ESQ.

By */s/ Ronald E. Berglund*____
Ronald E. Berglund
10225 Berkshire Road
Minneapolis, Minnesota 55437
PH: 952-220-3014
FX: 661-702-4411

**ATTORNEYS FOR PLAINTIFFS**

Dated: March 22, 2006

KENNEDY COVINGTON
LOBDELL & HICKMAN, LLP

By *_/s/Alice Carmichael Richey_*
Alice Carmichael Richey
Kiran H. Mehta
Christopher C. Lam
214 N. Tryon Street
47th Floor
Charlotte, NC 28202

Dated: March 22, 2006

DORSEY & WHITNEY LLP

By *_/s/Steven J. Wells_*
Steven J. Wells
50 South 6th Street
Suite 1500
Minneapolis, MN 55402-1498
PH: 612-340-2600
FX: 612-340-2868

**ATTORNEYS FOR DEFENDANTS**