UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LIGHT TECHNOLOGY SYSTEMS, LLC and WESEMAN ASSOCIATES, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>SONA INTERNATIONAL CORPORATION, JAMES H. AMOS, JR., HEATHER ROSE, THOMAS R. NOON, DENNIS R. JONES, COOKIE JONES, and CAROUSEL CAPITAL, INC.<br><br>Defendants. | Civil Action No. 05 CV 2413<br><br>**ORDER DISMISSING ACTION WITHOUT COSTS AND WITHOUT PREJUDICE** |

It is hereby ORDERED that the above entitled action is dismissed without costs and without prejudice.

Dated: March 28, 2006

s/James M. Rosenbaum
The Honorable James M. Rosenbaum
United States District Court Judge